FILED'20 APR 24 10:42USDC-ORM

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**MARCO A. BOCCATO, OSB# 103437**
Assistant United States Attorney
Marco.Boccato@usdoj.gov
310 West Sixth Street
Medford, Oregon 97501
Telephone: (541) 776-3564
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:19-mj-00030-CL |
| v. | MOTION TO UNSEAL CASE |
| JOSHUA HEFINGTON, | |
| Defendant. | |

The United States of America, by Billy J. Williams, United States Attorney for the District of Oregon, and through Marco A. Boccato, Assistant United States Attorney, hereby moves the Court for an Order to unseal the above-referenced case. The defendant has been arrested, and there is no reason to keep the case sealed.

Dated: April 24, 2020.

        Respectfully submitted,

        BILLY J. WILLIAMS
        United States Attorney

        */s/ Marco A. Boccato*
        MARCO A. BOCCATO, OSB #103437
        Assistant United States Attorney